1  Mahadhi Corzano (SBN: 254905)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x255
   Fax: 866-583-3695
4  mcorzano@consumerlawcenter.com
   Attorneys for Plaintiff,
5  SEAN FILIPPONI

6

                    **UNITED STATES DISTRICT COURT**
7
                    **EASTERN DISTRICT OF CALIFORNIA**
8

SEAN FILIPPONI,                    )   **Case No.:**
9                                  )
              Plaintiff,           )   **COMPLAINT AND DEMAND FOR**
10                                 )   **JURY TRIAL**
         v.                        )
11                                 )   **(Unlawful Debt Collection Practices)**
PORTFOLIO RECOVERY ASSOCIATES,     )
12 LLC,                            )
                                   )
13            Defendant.           )
                                   )
14 _____  )

15                      **VERIFIED COMPLAINT**

16      SEAN FILIPPONI (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the

17 following against PORTFOLIO RECOVERY ASSOCIATES, LLC, (Defendant):

18                          **INTRODUCTION**

19  1.  Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15*

20      *U.S.C. 1692 et seq.* (FDCPA).

21  2.  Count II of the Plaintiff's Complaint is based on Rosenthal Fair Debt Collection

22      Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

23                      **JURISDICTION AND VENUE**

24  3.  Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such
25
        actions may be brought and heard before "any appropriate United States district court

                                  - 1 -

                          PLAINTIFF'S COMPLAINT

without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

6. Plaintiff is a natural person residing in Elk Grove, Sacramento County, California.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a national company with its headquarters in Norfolk, Virginia.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant placed collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. On January 15, 2011, Plaintiff sent a cease and desist letter to Defendant via facsimile.

13. On February 8, 2011, Defendant's representative, Sierra, called Plaintiff home telephone at 916-669-9391 to collect on the alleged debt.  Sierra spoke to Brittany Bosworth and requested her to tell Plaintiff to call Portfolio Recovery Associates at 866-428-6589.

14. Defendant called Plaintiff from 510-355-1780.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(c) of the FDCPA by contacting Plaintiff after he sent a cease and desist letter.

   b. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   c. Defendant violated §1692e(10) of the FDCPA by using deceptive means in an attempt to collect a debt by calling Plaintiff after he sent a cease and desist letter.

   WHEREFORE, Plaintiff, SEAN FILIPPONI, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., for the following:

16. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

19. Plaintiff repeats and realleges all of the allegations in Count I of Plaintiff's Complaint as the allegations in Count II of Plaintiff's Complaint.

20. Defendant violated the RFDCPA based on the following:

   a. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq*.

   WHEREFORE, Plaintiff, SEAN FILIPPONI, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

21. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

22. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ Code § 1788.30(c)*, and

23. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SEAN FILIPPONI, demands a jury trial in this case.

RESPECTFULLY SUBMITTED,

DATED:  March 28, 2011                    KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano                      _

Mahadhi Corzano
Attorney for Plaintiff

- 4 -

PLAINTIFF'S COMPLAINT

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SEAN FILIPPONI, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, SEAN FILIPPONI, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _Feb 17, 2011_ _____ _____
                                                   SEAN FILIPPONI

- 5 -

PLAINTIFF'S COMPLAINT