Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
SEAN FILIPPONI

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN FILIPPONI, | Case No.: 2:11-cv-00832-WBS -DAD |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

NOW COMES the Plaintiff, SEAN FILIPPONI, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

- 1 -

1  DATED: June 21, 2011                KROHN & MOSS, LTD.

                                       By: /s/ Mahadhi Corzano                 _

                                           Mahadhi Corzano r
                                           Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 21, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

                          By:    /s/ Mahadhi Corzano   _
                                 Mahadhi Corzano, Esq.