Mahadhi Corzano (SBN: 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x255
Fax: 866-583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
SEAN FILIPPONI

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN FILIPPONI, | Case No.: 2:11-cv-00832-WBS -DAD |
| Plaintiff, | |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, SEAN FILIPPONI, against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC., in the above-captioned proceeding are hereby dismissed, with prejudice.


Dated: 7/18/11            KROHN & MOSS LTD

                          /s/ Mahadhi Corzano
                          Mahadhi Corzano, Esq.
                          Attorney for Plaintiff,
                          SEAN FILIPPONI

Dated: 7/18/11            PORTFOLIO RECOVERY ASSOCIATES, LLC

                           /s/ Emily D. Pierce
                          Emily D. Pierce, Esq.
                          Attorney for Defendant,
                          PORTFOLIO RECOVERY ASSOCIATES, LLC